Jim Fischer
340 E 93rd
NYC, NY 10128

SDNY PRO SE
500 Pearl St
Rm 200
NY, NY 10007