**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
JAMES H. FISCHER,                                           :
                                                            :
                              Plaintiff,                    :     17-CV-10094 (PAE) (OTW)
                                                            :
              -against-                                     :     ORDER
                                                            :
BRUSHY MOUNTAIN BEE FARM, INC., et al.,                     :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

In light of Defendants' Motion to Dismiss filed on May 2, 2018 (ECF No. 38), the Initial Conference scheduled for May 17, 2018 is adjourned *sine dine*.

It is **ORDERED** that discovery in this action is stayed pending a decision on the Motion to Dismiss. Plaintiff's date to file an Opposition to Defendants' Motion to Dismiss is extended one week. Plaintiff must file any Opposition by May 23, 2018. Defendants' Reply to the Opposition, if any, shall be filed by May 30, 2018.

The Clerk of Court is respectfully directed to terminate the motions pending at ECF No. 32 and ECF No. 41.

**SO ORDERED.**

Dated: New York, New York
      May 4, 2018

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge