

**Dfishman76** 4 years ago
What do you do with your golden rode honey?

**Karianngardenguru** 2 years ago
where are the extra bees going to go?

**HONEY B GUYS** 4 years ago
I have not used a fume board but do use the bee quick for bee removals from structures. I do use an escape board to remove bees from honey supers. Works real well for me and there are no mad bees around when the honey super is removed. The bee quick smells more like almond extract on steriods to me.

**Constant Gardener** 4 years ago
I use a leaf blower.

**James Fischer** 2 years ago
One would get much better performance with a real fume board, rather than some burlap stapled to an outer cover. There is far more heat transfer (and hence, Bee-Quick vaporization) with a store-bought fume board. Breeze Boards also work well, as explained on the website.

**Lord Shaxx** 3 years ago
DId you get stung at all during this? It looks like you are pretty calm with the bees which I imagine is the key to not making the bees mad, but they were all over you>.<

**Khrystyne Barrios** 9 months ago
We have a client who has bees inside a hole in her tree. Weve placed lemon grass oil and a hive box next the tree. Would this product help get them out of the tree and into our box? If yes, what is the best way for success?

**IAmTheWaterbug** 3 years ago
How long does it take for the scent of the Bee Quick fade away? e.g. if I want to use Bee Quick to clear bees out of a super that's full of sugar-syrup "honey" (I kept the feeder on too long!) and transfer that super to a newly-hived package, how long should I wait before putting it on the new hive? I don't want to chase my new package out!

**john odonnell** 3 years ago
do you have a link where i can buy some fishers bee quick , than k you

**Denis kaiyumi** 4 years ago
Jason where can i get this product? I would like to try to use this with my AHB here in

Cited in Fischer v Brushy Mt Bee Farm Inc 17CV10094 Decided 2/26/19
Archived on 3/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.

Sidebar videos:
- 29:52 — Jan 1, 1930 - New Year's Day Parade in Philadelphia (real sound) — guy jones — Recommended for you
- 9:15 — Rehabilitating Dehydrated Orchids: Semi-Hydroponics — Michael's Orchids — Recommended for you
- 6:59 — Prince Harry S T U C K in A L o v e l e s s Marriage Just Like His Mother Diana — Hot News Entertainment — 673,746 views
- 7:05 — Preparing to Harvest Honey with Bee Escapes — Devan Rawn — 38,218 views
- 10:48 — Cutting queen cells making honey bee splits — Barnyard Bees — 150,934 views
- 11:14 — Natural Honey Harvester and a Fume Pad — BrushyMtnBeeFarm — 11,530 views
- 4:12 — Best Swarm Capture Ever You Don't Want To Miss This — Barnyard Bees — 48,324 views
- 16:52 — Extracting Supers and Returning them to the Hives - #Beekeeping Basics - The — The Norfolk Honey Company — 11,259 views
- 8:59 — the gorilla broke the glass... and then this happened... — Duckie — 40,745,211 views
- 5:11 — Harvesting 109 POUNDS of RAW HONEY! — Fall Line Ridge — 784,603 views
- 25:48 — Fume Board: Honey Extraction Made Easy — LDSPrepper — 45,806 views
- 10:39

Brazil.
Thanks
Denis

1

**Keith TheBeeMan** 4 years ago
Thanx JC

**Larry Boecker** 1 year ago
You are suppose to brush up yo remove bees not down

**Thrifty Santa** 4 years ago
What kind of jacket are you wearing?   Where did you purchase?

Cited in Fischer v Brushy Mt Bee Farm Inc
17CV10094 Decided 2/26/19
Archived on 3/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.