**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAMES H. FISCHER,

                Plaintiff,                17 **CIVIL** 10094 (PAE)

      -against-                    **JUDGMENT**

BRUSHY MOUNTAIN BEEF ARM, INC., ET AL.,
                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 12, 2023, defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          December 12, 2023

                                            **RUBY J. KRAJICK**
                                            _____
                                            **Clerk of Court**

                             **BY:**  _____
                                            **Deputy Clerk**